**UNITED STATES COURT OF APPEALS**
**FOR THE SECOND CIRCUIT**

| | |
|---|---|
| PUERTO 80 PROJECTS, S.L.U.,<br><br>Petitioner-Appellant,<br><br>v.<br><br>UNITED STATES OF AMERICA and DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Respondents. | Docket No. 11-3390-cv |

**STIPULATION FOR VOLUNTARY DISMISSAL**

Petitioner-Appellant Puerto 80 Projects, S.L.U. ("Petitioner-Appellant") and Respondents United States of America and Department of Homeland Security, Immigration and Customs Enforcement ("Respondents") hereby stipulate and agree, subject to the Court's approval, that this appeal should be dismissed Pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, and the judgment below vacated.

This stipulation results from the government's dismissal of its lawsuit in the district court, *United States of America v. Rojadirecta.com et. al.*, Case No. 1:11-cv-04139-PAC (S.D.N.Y), which sought forfeiture of the domain names that are at issue in this appeal. On August 29, 2012, the district court entered the dismissal and issued an order vacating the warrants pursuant to which the domain names

were seized and ordering their immediate return to Puerto 80. A copy of the district court's order is attached hereto as Exhibit A.

The parties agree that the district court's order of dismissal moots the instant appeal, which seeks return of the domain names pending the outcome of the forfeiture proceedings in the district court. The parties further agree that the judgment below should be vacated. *Accord Russman v. Board of Educ. of Enlarged City School Dist. of City of Watervliet*, 260 F.3d 114, 121-22 (2d Cir. 2001) (vacatur liberally granted, and generally appropriate where the appellee has caused the case to become moot); *Associated Gen. Contractors of Conn. v. City of New Haven*, 41 F.3d 62 (2d Cir. 1994) (same).

The parties have agreed that each side shall bear its own costs on appeal.

Respectfully submitted,

DURIE TANGRI LLP

Dated: September 11, 2012

By: */s/ Ragesh K. Tangri*

Ragesh K. Tangri
Mark A. Lemley
Johanna Calabria
Genevieve P. Rosloff
217 Leidesdorff Street
San Francisco, CA 94111
Tel. (415) 362-6666

*Attorneys for Petitioner-Appellant*
PUERTO 80 PROJECTS, S.L.U.

PREET BHARARA
UNITED STATES ATTORNEY

Dated: September 11, 2012

Christopher D. Frey

Preet Bharara
United States Attorney
Christopher D. Frey
Assistant United States Attorney
The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007
Tel. (212) 637-2270/2484

*Attorneys for Respondents*
UNITED STATES OF AMERICA and
DEPARTMENT OF HOMELAND
SECURITY, IMMIGRATION AND
CUSTOMS ENFORCEMENT